UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff<br><br>v.<br><br>DEEPHAVEN CAPITAL MANAGEMENT, LLC<br>and BRUCE LIEBERMAN,<br>Defendants. | Civil No. 1:06CV00805(RJL) |

## THE SEC'S MOTION TO APPOINT A TAX ADMINISTRATOR

The Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that the Court enter an Order appointing Damasco & Associates, a certified public accounting firm located in San Francisco, California, as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case.

By order dated May 10, 2006, the Court entered Final Judgment as to Defendant Deephaven Capital Management, LLC pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on May 18, 2006, defendant Deephaven Capital Management, LLC paid $ 5,740,671.09 to the Clerk of this Court, representing prejudgment interest, disgorgement and penalty totaling $5,709,958.95 (the "Distribution Fund") and an overpayment of the Final Judgment equal to $30,712.14. Thereafter, the overpayment of $30,712.14 was returned to Deephaven and the Distribution Fund was deposited in an interest-bearing account, account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC and Bruce Lieberman."

The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. A Tax Administrator, on behalf of the Distribution Fund, should be appointed and authorized to take all necessary steps to enable the Distribution Fund to obtain and maintain the status of a taxable QSF, including the filing of all required elections and statements contemplated by those provisions. The Tax Administrator would cause the Distribution Fund to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF. The reasonable costs, fees, and other expenses incurred in the performance of the Tax Administrator's duties would be paid by the Distribution Fund in accordance with the agreement between the Commission and the Tax Administrator.

In summary, this agreement provides for compensation for services and expenses as follows:

| SERVICE | FIXED FEE |
|---|---|
| Income tax returns, including items 1-6 (below). | $1675 |
| Income tax returns, including items 1-6 (below), for funds with assets of $120,000 or less or are open and closed within the same year. | $850 |
| Loss Carryback (claim for refund) returns. | $550 |

Fixed fee tax compliance services include:[1]

    1.    Obtain a federal tax identification number ("FEIN") for the QSF.

---

[1] These fixed fees include all copying and routine postage expenses. They also include any internal expenses of the Tax Administrator in performing these services, such as facsimile fees and telephone charges. Expenses that are not included are expedited delivery fees (such as Federal Express) and other extraordinary costs, such as extended telephone conferences and reports. Additional tax compliance services and services for the administration of the QSF would be provided at the Commission's request and billed at the Tax Administrator's current rates discounted by 20%.

2. Prepare and file federal and state income tax returns, as required.

3. Where required, calculate quarterly estimated tax payments and provide information to the Court so that payments may be made timely.

4. Make arrangements with the SEC or its agents to pay tax liability.

5. Calculate and recommend retention of a reserve, if necessary, for penalties and interest to be assessed as a result of any late filing of tax returns and late payment of taxes.

6. Determine and comply with tax reporting obligations of the QSF relating to distributions or payments to vendors, if applicable.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order and grant such other relief as the Court deems just and proper.

Dated: April 10, 2007

Respectfully Submitted,

*/s/ Kevin O'Rourke*
Kevin O'Rourke (Trial Counsel)
Mark Kreitman
Robert B. Hanson
Janene M. Smith

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4010A
(202) 551-4442 (Tel: O'Rourke)
(202) 772-9244 (Fax: O'Rourke)
OrourkeK@sec.gov