# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Deephaven Capital Management LLC et al Distribution Fund in the Order to Appoint Tax Administrator, Civil Action No. 1:06CV00805 (RJL) filed on April 12, 2007.

3. Pursuant to our engagement agreement with the SEC, attached as Exhibit A is a true and correct copy of our invoice for preparation and filing of the tax year 2006 qualified settlement fund tax returns and related tax compliance services for the SEC v Deephaven Capital Management LLC et al Distribution Fund.

4. Please remit payment in the amount of $1,675 via wire transfer or check according to the instructions listed on Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2007 in San Francisco, California.

_____
Jude P. Damasco