**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF**

**REQUEST TO MAKE TAX PAYMENTS**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Deephaven Capital Management LLC et al Distribution Fund in the Order to Appoint Tax Administrator, Civil No. 1:06CV00805 (RJL) filed on April 12, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Deephaven Capital Management LLC et al Distribution Fund owes $51,898 in tax liability for the tax year 2006.

4. Damasco has also determined that the SEC v Deephaven Capital Management LLC et al Distribution Fund owes $47,500 in estimated tax liability for the second quarter of 2007. The breakdown for all these payments is as follows:

|  | Amount Due | Due Date |
|---|---|---|
| 2006 U.S. Return: | $51,798 | Past Due |
| 2006 D.C. Return: | $100 | Past Due |
| 2007 U.S. 2nd Quarter: | $47,500 | June 14, 2007 |
| Total: | $99,398 | |

5. A check in the amount of $99,398 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019.

6. The check will be deposited into a trust account from which the tax payments will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8563111 because it is for tax payment on behalf of the SEC v Deephaven Capital

1  Management LLC et al Distribution Fund.

2  7.  No allowance has been made in the amount requested above for interest and penalties
3  which may be assessed as a result of the late filing and late payment of tax for the tax year
4  2006. I anticipate that there will be an assessment of interest and penalties due to the late
5  filing at which time we will consider an abatement request.

6  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
7  true and correct. Executed on May 23, 2007 in San Francisco, California.

*[signature]*

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Deephaven Capital Management\2007\JPD 2006 Tax Return and 2007 Q2 Dec .doc