**FILED**

JUL 23 2007

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

---

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff

v.

DEEPHAVEN CAPITAL MANAGEMENT, LLC
and BRUCE LIEBERMAN,
Defendants.

Civil No. 1:06CV00805 (RJL)

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC, et al.," for the amount of $1,675 payable to Damasco & Associates LLP, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation: SEC v. Deephaven Capital Management, LLC, et al. Distribution Fund, Civil No. 1:06CV00805 (RJL), FEIN 20-3042202, Tax Administrator fees for 2006.

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   614 Purissima Street
   Half Moon Bay, CA 94019
   (650) 726-4100



The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 7/19/07

*[signature]*
UNITED STATES DISTRICT JUDGE