UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff<br><br>v.<br><br>DEEPHAVEN CAPITAL MANAGEMENT, LLC<br>and BRUCE LIEBERMAN,<br>Defendants. | Civil No. 1:06CV00805 (RJL) |

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By order dated May 10, 2006, the Court entered Final Judgment as to Defendant Deephaven Capital Management, LLC pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on May 18, 2006, Defendant Deephaven Capital Management, LLC paid a total of $5,740,671.09 to the Clerk of this Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest bearing account, account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC, et al." The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated April 11, 2007, the Court entered an order appointing Damasco & Associates LLP to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the third calendar quarter of 2007, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $24,000 for its quarterly income tax payment due September 17, 2007. See Declaration of Tax Administrator attached as Exhibit A.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: August 23, 2007

                                           Respectfully submitted,

                                           */s/ Janene M. Smith*
                                           Kevin O'Rourke (Trial Counsel-DC Bar No. 254920)
                                           Mark Kreitman (DC Bar No. 260828)
                                           Robert B. Hanson
                                           Janene M. Smith (DC Bar No. 455639)

                                           Attorneys for Plaintiff
                                           Securities and Exchange Commission
                                           100 F Street, NE
                                           Washington, DC 20549-4010A
                                           (202) 551-4442 (Tel: O'Rourke)
                                           (202) 772-9244 (Fax: O'Rourke)
                                           OrourkeK@sec.gov