UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff

v.

DEEPHAVEN CAPITAL MANAGEMENT, LLC
and BRUCE LIEBERMAN,
            Defendants.

Civil No. 1:06CV00805 (RJL)

### ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC, et al.," for the amount of $17,000 payable to "Damasco & Associates, Trust Account", for the payment of tax obligations as provided in the Declaration. The check shall contain the notation: SEC v. Deephaven Capital Management, LLC, et al. Distribution Fund, Civil No. 1:06CV00805 (RJL), 2007 4th quarter tax estimate, EIN 20-8563111.

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 11/23/07

_____
UNITED STATES DISTRICT JUDGE