# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Deephaven Capital Management LLC et al Distribution Fund in the Order to Appoint Tax Administrator, Case No. 06-0805 filed on April 12, 2007.

3. As Tax Administrator, Damasco has received notification from the Internal Revenue Service that the SEC v Deephaven Capital Management LLC et al Distribution Fund owes $2,986.93 in late payment penalties and interest for the tax year 2006. This payment is due April 1, 2008.

4. A check in the amount of $2,986.93 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before March 24, 2008.

5. The check will be deposited into a trust account from which the payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8563111 because it is for payment on behalf of the SEC v Deephaven Capital Management LLC et al Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2008 in Half Moon Bay, California.

_____
Jude P. Damasco