# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENTS

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Deephaven Capital Management LLC et al Distribution Fund in the Order to Appoint Tax Administrator, Civil No, 1:06CV00805(RJL) filed on April 12, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Deephaven Capital Management LLC et al Distribution Fund owes $100 in tax liability for the tax year 2007. This tax payment is due March 17, 2008.

4. Damasco has also determined that the SEC v Deephaven Capital Management LLC et al Distribution Fund owes $17,500 in estimated tax liability for the first quarter of 2008. The breakdown for all these payments is as follows:

|  | Amount Due |
|---|---|
| 2007 DC Return: | $100 |
| 2008 First Quarter Estimate: | $17,500 |
| Total: | $17,600 |

5. A check in the amount of $17,500 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before March 7, 2008.

6. The check will be deposited into a trust account from which the tax payments will be made. Therefore, the Employer Identification Number that should be written on the check is

1  20-8563111 because it is for tax payment on behalf of the SEC v Deephaven Capital
2  Management LLC et al Distribution Fund.
3     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
4  true and correct. Executed on February 22, 2008 in Half Moon Bay, California.

*/s/ Jude P. Damasco*

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Deephaven Capital Management\2007\JPD 2007 DC TR 2008 Q1.doc