**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.      I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019.  I am a certified public accountant.

2.      Damasco was appointed as Tax Administrator for the SEC v Deephaven Capital Management LLC et al Distribution Fund in the Order to Appoint Tax Administrator, Civil No. 1:06CV00805(RJL) filed on April 12, 2007.

3.      Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Deephaven Capital Management LLC et al Distribution Fund.

4.      Please remit payment in the amount of $2,168.41 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2008 in Half Moon Bay, California.

Jude P. Damasco

# Damasco & Associates LLP
PO Box 45719
San Francisco, CA 94145-0719
650-726-4100
FEIN 20-3042202

Robert Hanson
SEC v Deephaven Capital Management LLC et al Distr
U.S. Securities & Exchange Commission
100 F Street, Ne
Washington, DC  20549   CATS: HO-9941 Case Number: 06-0805

Invoice No.    17855
Date           Friday, February 22, 2008
Client No.     008149

| SERVICE | AMOUNT |
|---|---|
| Preparation and Filing of 2007 US and DC Qualified Settlement Fund Tax Returns. | $    1,675.00 |
| Federal Express Delivery (3 deliveries) | 44.21 |
| Retrieve Court Documents | 0.40 |
| Other Services:<br>Review and respond to correspondence from Internal Revenue Service. | 448.80 |
| Current Amount Due | 2,168.41 |
| Prior Balance | 0.00 |
| Total Amount Due | $    2,168.41 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019