UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff<br><br>v.<br><br>DEEPHAVEN CAPITAL MANAGEMENT, LLC<br>and BRUCE LIEBERMAN,<br>Defendants. | Civil No. 1:06CV00805 (RJL)<br><br>FILED<br>APR 1 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC, et al.," for the amount of $2,986.93 payable to "Damasco & Associates, Trust Account", for the payment of tax obligations as provided in the Declaration. The check shall contain the notation: SEC v. Deephaven Capital Management, LLC, et al. Distribution Fund, Civil No. 1:06CV00805 (RJL), 2006 late payment penalties and interest, EIN 20-8563111.

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 4/16/08

_____
UNITED STATES DISTRICT JUDGE