# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **Civil No**.  1:06CV00805 (RJL) |
| Plaintiff | |
| v. | |
| DEEPHAVEN CAPITAL MANAGEMENT, LLC and BRUCE LIEBERMAN, | |
| Defendants. | |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account number 1:06CV00805, under the case name designation "SEC v. Deephaven Capital Management, LLC, et al.," for the amount of $10,000.00 payable to Damasco & Associates, Trust Account, for the payment of tax obligations as provided in the Declaration. The check shall contain the notation: SEC v. Deephaven Capital Management, LLC, et al. Distribution Fund, Civil No. 1:06CV00805 (RJL), 3rd quarter federal tax estimate, EIN 20-8563111.

    2.    The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP  
    700 Monte Vista Lane  
    Half Moon Bay, CA  94019  
    (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____

                                                   _____  
                                                   UNITED STATES DISTRICT JUDGE